1000 West Street
Suite 1400
Wilmington, DE 19801
www.connollygallagher.com

Arthur G. Connolly, III
Partner
**TEL**: (302) 888 6318
**EMAIL**: aconnolly@connollygallagher.com



April 17, 2018

<u>**VIA CM/ECF and HAND DELIVERY**</u>

The Honorable Richard G. Andrews
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Nox Medical EHF, v. Natus Neurology, Inc.,* **C.A. No. 15-709-RGA**

Dear Judge Andrews,

    I write on behalf of Defendant Natus Neurology Inc., ("Natus") in response to your request for a statement regarding "whether the motivations to combine for any of the combinations are different than those disclosed in the expert reports for the mirror image combinations." (D.I. 242 at 1). Natus respectfully states that there are no differences between the motivations to combine the combinations disclosed in the expert reports and the mirror images of those combinations.

                            Respectfully submitted,

                              */s/ Arthur G. Connolly, III*

                              Arthur G. Connolly, III (#2667)

