*Filed this 7th Day of May, 2018 In Open Court*
*— KSZ*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOX MEDICAL EHF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-709-RGA |
| v. | ) |
| | ) |
| NATUS NEUROLOGY INC., | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

1. Has Natus proven, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 9,059,532 (the '532 Patent) is invalid because it would have been obvious to a person of ordinary skill in the art at the time of the invention in light of the following prior art references and combinations of references? Check YES or NO in the appropriate box below.

**Claim 1:**

| | YES – INVALID (for Natus) | NO – NOT INVALID (for Nox Medical) |
|---|---|---|
| Nox semi-disposable / RES Belt | | X |
| Nox semi-disposable / RES Belt and McIntire | | X |

**Claim 5:**

| | YES – INVALID (for Natus) | NO – NOT INVALID (for Nox Medical) |
|---|---|---|
| Nox semi-disposable / RES Belt | | X |
| Nox semi-disposable / RES Belt and McIntire | | X |

**Claim 9:**

| | YES – INVALID (for Natus) | NO – NOT INVALID (for Nox Medical) |
|---|---|---|
| Nox semi-disposable / RES Belt | | X |
| Nox semi-disposable RES and McIntire | | X |

**INSTRUCTION:** If you have found all of the above claims of the '532 Patent to be invalid, then you need not answer the remaining two questions. However, if you found at least one claim to be not invalid, you must answer the following two questions.

2. What amount of damages should be awarded to Nox Medical to compensate for the infringement by Natus?

   $ __623,175__   ($2.10 per belt set × 296,750 units)

3. Has Nox Medical proven, by a preponderance of the evidence, that Natus' infringement was willful?

   Yes – Willful (for Nox Medical)          No – Not Willful (for Natus)

   __ X __                                              _____

This verdict is the unanimous verdict of the jury.

Signed:

_____
Jury Foreperson